Woodstown National Bank and Trust Co. et al., executors, &c., respondents,

*v.*

William B. Snelbaker et al., appellants.

[Decided September 27th, 1945.]

*Messrs. Waddington & Tilton, Mr. George B. Marshall, Mr. J. Brodie McGear, Messrs. Stanger & Howell* and *Mr. John M. Summerill,* Jr., for the respondents.

*Mr. Thomas G. Hilliard,* for the appellants.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Sooy, and reported at *136 N. J. Eq. 62.*

*For affirmance*—The Chief-Justice, Parker, Case, Bodine, Donges, Heher, Perskie, Colie, Wells, Rafferty, Dill, Freund, JJ. 12.

*For reversal*—None.